IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**JEFFREY ALLAN CHEATHAM**                                    **PLAINTIFF**

V.                          NO. 1:05-cv-01010-HFB

**BILLY JOE DEBORD AND**
**JOE BROWN COMPANY, INC.**                                   **DEFENDANTS**

## ORDER OF DISMISSAL WITH PREJUDICE

On motion of plaintiff, Jeffrey Allan Cheatham, and defendants, Billy Joe Debord and Joe Brown Company, Inc., this court finds that all of plaintiff's causes and claims pending herein against defendants, Billy Joe Debord and Joe Brown Company, Inc., have been amicably settled and that this case should be dismissed; and therefore, the Court Doth Order that the all causes and claims of plaintiff as to defendants, Billy Joe Debord and Joe Brown Company, Inc., are hereby dismissed with prejudice

**IT IS SO ORDERED.**

_____
FEDERAL DISTRICT JUDGE

APPROVED AND AGREED TO:

_____
Robin J. Carroll
Bar Number 96009
Attorneys for Jeffrey Allan Cheatham
Vickery & Carroll, P.A.
315 E. Main
El Dorado, AR 71730
Telephone: (870) 862-5565 / Fax: (870) 863-5889
rcarroll@southarklaw.com

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

FEB 03 2006
CHRIS R. JOHNSON, CLERK

_____
G. Spence Fricke
Bar Number 79068
Attorneys for Billy Joe Debord and Joe Brown Company, Inc.
Barber, McCaskill, Jones & Hale, P.A.
2700 Regions Center
400 West Capitol Avenue
Little Rock, AR 72201-3414
Telephone: (501) 372-6175 / Fax: (501) 375-2802
E-mail: gsfricke@barberlawfirm.com